# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02414-JLK

ANNETTE CUMMINGS,

    Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                              BY THE COURT:

March 13, 2007                         *S/John L. Kane*
DATE                                  U.S. DISTRICT JUDGE